Submitted on record and briefs June 20, affirmed July 25, petition for review denied December 26, 2007 (343 Or 690)

ROBERT LEE BISHOP,
*Petitioner-Appellant,*

*v.*

Guy HALL,
Superintendent,
Two Rivers Correctional Facility,
*Defendant-Respondent.*

Umatilla County Circuit Court
CV040617; A127018

164 P3d 344

Patrick M. Ebbett and Chilton, Ebbett & Rohr, LLC, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jennifer S. Lloyd, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM